United States District Court
Southern District of Texas
ENTERED

JUN 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk M. Thompson

United States District Court
Southern District of Texas

JUN 2 3 1998

Michael N. Milby, Clerk of Court

38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CIVIL NO. B-96-241 |
| ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS, et al. | § § § | |

## FINAL JUDGMENT OF FORFEITURE

This case was called for trial on June 23, 1998. All parties appeared and announced for the record that they have agreed to terms of settlement which dispose of all issues before the Court. The Court has previously granted a partial summary judgment in favor of the United States of America. In accordance with the announced settlement agreement and with the Partial Summary Judgment entered in this case on April 2, 1998,

It is the JUDGMENT of this Court that the defendant $66,284.00 in United States Currency; the defendant 1979 Chevrolet Corvette, VIN 1Z8789S450055; the defendant 1933 Ford Roadster Coupe, VIN 18379480; the defendant Rolex watch with approximately 6.5 carats of diamonds; the defendant Rolex watch with approximately 0.75 carat of diamonds; the defendant Cartier watch with approximately 0.65 carat of diamonds; the defendant 20-inch yellow gold chain; and the defendant yellow gold identification bracelet bearing the name "Rolando" are hereby FORFEITED to the United States of America.

It is the further JUDGMENT of this Court that the defendant real property, described as Lot 12, Abelardo Estates, Cameron County, Texas, be sold in a commercially reasonable manner, as soon as is practicable, on terms agreed upon by counsel for the United States and for claimants Roberto Soto and Maria del Socorro Soto. After normal costs of sale have been deducted from the sales proceeds, one-half of the net proceeds are hereby FORFEITED to the United States of America. The

other one-half of the net proceeds are hereby DISMISSED from this case in favor of claimants Roberto Soto and Maria del Socorro Soto.

Court costs are taxed against the respective parties incurring the same.

All relief not specifically granted herein is specifically DENIED.

THIS IS A FINAL JUDGMENT.

SIGNED this 23rd day of June, 1998, at Brownsville, Texas.

_____
STEWART A. NEWBLATT
UNITED STATES DISTRICT JUDGE
Acting on Assignment

APPROVED AS TO FORM:

_____
Brian T. Moffatt
Assistant United States Attorney
Counsel for the United States of America

_____
Peter C. Gilman
Counsel for Claimants